UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
APR 25 2014
Clerk, U.S. District and
Bankruptcy Courts

| | | |
|---|---|---|
| **In re:** | ) | Case No: 14-00213 |
| | ) | (Chapter 7) |
| **Clement Christopher Calloway** | ) | |
| | ) | Judge S. Martin Teel, Jr. |
| Debtor | ) | |

## MOTION FOR EXTENSION OF TIME
## TO PAY THE FIRST FILING FEE INSTALLMENT

In support of his *Motion for Extension of Time to Pay the First Filing Installment*, Clement Christopher Calloway (*Debtor*) respectfully states as follows:

1. Debtor filed his petition under exigent circumstances and in extreme haste, as his landlord had obtained a judgment for possession of the apartment he has leased for more than thirty-two years.

2. In his haste and current penury, debtor, focusing on the payment of one-month's rent required of a residential tenant at the time the petition is filed, failed to indicate and include an initial payment for the filing fee. Hence, an *Order Denying Application to Pay Filing Fee in Installments and to Show Cause* was issued.

3. It is of the **utmost importance** to debtor that he pay the fee in full, he does not wish to have it waived, and is respectfully asking the Court for leave to make the initial payment on or before Monday, May 5, 2014, as listed in his proposed amended application, attached as Exhibit A.

4. Debtor's proposed installment arrangement is in compliance with the 120-day limit imposed by the controlling rules.

5. Debtor is confident that he will be able to honor his debt to his landlord, and is in the process of pulling together the funds before the expiration of the 30-day stay ordered by this Court.

6. Dismissal of this case, and the lifting of the stay, would result in extreme hardship to debtor. Accordingly, should the Court not grant the relief debtor seeks, he respectfully requests that he be allowed to submit an application for waiver of the fee in lieu of the harsh sanction of dismissal.

7. Again, debtor is trying to do the right thing and fully intends to ultimately honor all of his obligations, both to his creditors and this Court.

                    Respectfully submitted,

                    Clement Christopher Calloway

Dated: April 24, 2014